**FILED**
**OCT. 15, 2021**
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN RUSHING, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 21-02613 (UNA) |
| UNITED STATES CONGRESS, | ) ) ) |
| Defendant. | ) |

### MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint is utterly nonsensical, and fails to articulate a viable legal claim worthy of an award of $999 trillion dollars. This failure to comply with the minimal pleading

standard set forth in Rule 8(a) warrants its dismissal without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 15, 2021                         /s/
                                               JAMES E. BOASBERG
                                               United States District Judge